IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TIMOTHY ESPINOZA, | No. C 12-03284 RS |
| Plaintiff, | **CASE MANAGEMENT SCHEDULING ORDER** |
| v. | |
| THE MOSAIC COMPANY and DOES 1-20, | |
| Defendants. | |

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the parties attended a Case Management Conference on October 4, 2012. After considering the Joint Case Management Statement submitted by the parties and consulting with the attorneys of record for the parties and good cause appearing, IT IS HEREBY ORDERED THAT:

1. ALTERNATIVE DISPUTE RESOLUTION.

PRIVATE MEDIATION. Within the next 90 days, if possible, the parties should engage in private mediation of this matter.

2. DISCOVERY.

On or before June 12, 2013 all non-expert discovery shall be completed by the parties. Discovery shall be limited as follows: (a) ten (10) non-expert depositions per party; (b) fifty (50) interrogatories per party, including all discrete subparts; (c) a reasonable number of requests for production of documents or for inspection per party; and (d) a reasonable number of requests for admission per party.

1  3. EXPERT WITNESSES.  The disclosure and discovery of expert witnesses and
2 opinions shall proceed as follows:
3  A. On or before July 3, 2013, parties will designate experts in accordance with
4 Federal Rule of Civil Procedure 26(a)(2).
5  B. On or before July 17, 2013, parties will designate their supplemental and rebuttal
6 experts in accordance with Federal Rule of Civil Procedure 26(a)(2).
7  C. On or before September 18, 2013, all discovery of expert witnesses pursuant to
8 Federal Rule of Civil Procedure 26(b)(4) shall be completed.
9  4. FURTHER CASE MANAGEMENT CONFERENCE.  A Further Case
10 Management Conference shall be held on **June 20, 2013 at 10:00 a.m.** in Courtroom 3, 17th
11 Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.  The
12 parties shall file a Joint Case Management Statement at least one week prior to the Conference.
13  5. PRETRIAL MOTIONS.  All pretrial motions must be filed and served pursuant to
14 Civil Local Rule 7.  All pretrial motions shall be heard no later than October 24, 2013.
15  6. PRETRIAL CONFERENCE.  The final pretrial conference will be held on
16 **November 21, 2013 at 10:00 a.m.**, in Courtroom 3, 17th Floor, United States Courthouse, 450
17 Golden Gate Avenue, San Francisco, California.  Each party or lead counsel who will try the
18 case shall attend personally.
19  7. TRIAL DATE.  Trial shall commence on **December 9, 2013 at 9:00 a.m.**, in
20 Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco,
21 California.
22  IT IS SO ORDERED.

DATED:  10/4/12

_____
RICHARD SEEBORG
United States District Judge

CASE MANAGEMENT SCHEDULING ORDER