| | |
|---|---|
| 1 | DILLINGHAM & MURPHY, LLP |
| 2 | CARLA J. HARTLEY (SBN 117213)<br>cjh@dillinghammurphy.com |
| 3 | PATRICK J. SUTER (SBN 242494)<br>pjs@dillinghammurphy.com |
| 4 | 225 Bush Street, 6th Floor<br>San Francisco, California 94104-4207 |
| 5 | Telephone:    (415) 397-2700<br>Facsimile:     (415) 397-3300 |
| 6 | Attorneys for Defendant |
| 7 | MEDIAMOSAIC, INC. (erroneously sued as 'THE MOSAIC COMPANY") |
| 8 | BOHN & BOHN LLP |
| 9 | RAM FLETCHER (SBN 240740)<br>rfletcher@bohnlaw.com |
| 10 | 152 N. Third Street, Suite 501<br>San Jose, CA 95112 |
| 11 | Telephone:    (408) 279-4222<br>Facsimile:     (408) 295-2222 |
| 12 | Attorneys for Plaintiff<br>TIMOTHY ESPINOZA |
| 13 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY ESPINOZA | CASE NO. 3:12-CV-03284 RS |
| Plaintiff, | **STIPULATION AND ORDER OF DISMISSAL** |
| v. | |
| THE MOSAIC COMPANY, a Washington corporation, and Does 1 through 20, inclusive | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1)(ii).  Each party to bear their own costs and attorney fees.

|   |   |
|---|---|
| | Respectfully Submitted, |
| Dated:  December 12, 2012 | DILLINGHAM & MURPHY, LLP<br>CARLA J. HARTLEY<br>PATRICK J. SUTER |
| | By:  /s/<br>Attorneys for Defendant<br>MEDIAMOSAIC, INC. |
| Dated:  December 12, 2012 | BOHN & BOHN, LLP<br>RAM FLETCHER |
| | By:  /s/<br>Attorneys for Plaintiff<br>TIMOTHY ESPINOZA |

IT IS SO ORDERED.

DATED:  12/12/12

_____
U.S. DISTRICT COURT JUDGE