DILLINGHAM & MURPHY, LLP
CARLA J. HARTLEY (SBN 117213)
cjh@dillinghammurphy.com
PATRICK J. SUTER (SBN 242494)
pjs@dillinghammurphy.com
225 Bush Street, 6th Floor
San Francisco, California 94104-4207
Telephone: (415) 397-2700
Facsimile: (415) 397-3300

Attorneys for Defendant
MEDIAMOSAIC, INC. (erroneously sued as
'THE MOSAIC COMPANY")

BOHN & BOHN LLP
RAM FLETCHER (SBN 240740)
rfletcher@bohnlaw.com
152 N. Third Street, Suite 501
San Jose, CA 95112
Telephone: (408) 279-4222
Facsimile: (408) 295-2222

Attorneys for Plaintiff
TIMOTHY ESPINOZA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TIMOTHY ESPINOZA

Plaintiff,

v.

THE MOSAIC COMPANY, a Washington corporation, and Does 1 through 20, inclusive

Defendants.

CASE NO. 3:12-CV-03284 RS

**STIPULATION AND ORDER OF DISMISSAL**

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1)(ii). Each party to bear their own costs and attorney fees.

Respectfully Submitted,

Dated: December 12, 2012

DILLINGHAM & MURPHY, LLP
CARLA J. HARTLEY
PATRICK J. SUTER

By: /s/
Attorneys for Defendant
MEDIAMOSAIC, INC.

Dated: December 12, 2012

BOHN & BOHN, LLP
RAM FLETCHER

By: /s/
Attorneys for Plaintiff
TIMOTHY ESPINOZA

IT IS SO ORDERED.

DATED: 12/12/12

U.S. DISTRICT COURT JUDGE